UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL BASKETBALL ASSOCIATION,
ATLANTA HAWKS, LP, BANNER SEVENTEEN
LLC, BOBCATS BASKETBALL, LLC, CHICAGO
PROFESSIONAL SPORTS LIMITED PARTNERSHIP,
CAVALIERS OPERATING COMPANY, LLC,
DALLAS BASKETBALL LIMITED, THE DENVER
NUGGETS LIMITED PARTNERSHIP, DETROIT
PISTONS BASKETBALL COMPANY, GOLDEN
STATE WARRIORS, LLC, ROCKET BALL, LTD.,
PACERS BASKETBALL LLC, LAC BASKETBALL
CLUB, INC., THE LOS ANGELES LAKERS, INC.,
HOOPS, L.P., MIAMI HEAT LIMITED
PARTNERSHIP, MILWAUKEE BUCKS, INC.,
MINNESOTA TIMBER WOLVES BASKETBALL
LIMITED PARTNERSHIP, NEW JERSEY
BASKETBALL, LLC, NEW ORLEANS HORNETS
NBA LIMITED PARTNERSHIP, MADISON SQUARE
GARDEN, L.P., THE PROFESSIONAL
BASKETBALL CLUB, LLC, ORLANDO MAGIC,
LTD., PHILADELPHIA 76ERS L.P., SUNS LEGACY
PARTNERS, L.L.C., TRAIL BLAZERS, INC.,
SACRAMENTO KINGS LIMITED PARTNERSHIP,
LP, SAN ANTONIO SPURS, L.L.C.,

**ORDER**

11 Civ. 5369 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/11

MAPLE LEAF
SPORTS & ENTERTAINMENT LTD.,
JAZZ
BASKETBALL INVESTORS, INC., and
WASHINGTON BULLETS, L.P.,

                Plaintiffs,

- against -

NATIONAL BASKETBALL PLAYERS
ASSOCIATION, DEREK FISHER,
KEYON
DOOLING, JAMES JONES, MATT
BONNER,
MAURICE EVANS, ROGER MASON,
JR., CHRIS
PAUL, THEO RATLIFF, ETAN
THOMAS, AMAR'E
STOUDEMIRE, MIKE DUNLEAVY,
JAMES
FREDETTE, CHARLES JENKINS, and
those
similarly situated,

                Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

      The following schedule will apply to Defendants' proposed motion to dismiss:

      1. Defendants will submit their motion by September 16, 2011.

      2. Plaintiffs' opposition will be submitted by October 10, 2011.

      3. Defendants' reply, if any, will be submitted by October 19, 2011.

      In addition, Counsel for all parties are directed to appear before the Court for an initial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on **Thursday, September 22nd, at 3:45 p.m.,** in Courtroom 6B at the United States Courthouse, 500 Pearl Street, New York, New York.

      The Court directs the parties to consult its Individual Practices and model Case Management Plan and Scheduling Order – both of which are available on the Court's web site – **and to submit a jointly proposed Case Management Plan by Tuesday,**

**September 20th.** The Court will consider requests for adjournment of the conference only if they are in writing and otherwise in accordance with the Court's Individual Practices.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that they – **before the date of the conference** – notify Chambers by calling (212) 805-0224 and send a stipulation of discontinuance, voluntary dismissal, or other proof of termination via email to the Orders and Judgments Clerk at the following email address: judgments@nysd.uscourts.gov.

Dated: New York, NY
      September 14, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge