# EXHIBIT A

Page 1

8    The B.S. Report: 8/12

10   Bill Simmons squares off with
11   NBA commissioner David Stern over the NBA lockout.
12   Is the league doing enough to save the season?

1           (Opening theme)

2           MR. SIMMONS:  Welcome to The B.S.

3    Report.  I'll skip the intros today

4    because we have the commissioner of the

5    NBA on the Subway Fresh Take Hotline.

6    He's in Springfield right now for the

7    Hall of Fame ceremonies, and he's here

8    right now.

9           David Stern, what's happening?

10          MR. STERN:  It's great in

11   Springfield.  We had a very nice dinner

12   last night; Jim Durham, Alexander Wolff,

13   Brian McIntyre were honored.  Three

14   winners of the Mannie Jackson

15   Humanitarian Award.  It was really a fun

16   night, and all of the inductees that are

17   going into the hall tonight were there.

18          MR. SIMMONS:  No Reggie Miller,

19   though.  Didn't make the cut this year.

20          MR. STERN:  You know, I don't -- I

21   don't make the decisions at the Hall of

22   Fame.

23          MR. SIMMONS:  I know you don't.

24          Hey, is there any chance that you're

25   going overseas to be a commissioner of

Page 3

```
 1        some European league that I don't know
 2        about?
 3              MR. STERN:  I might.  Why?
 4              MR. SIMMONS:  I don't know.  It
 5        seems like the in thing to do right now.
 6        Everybody's going overseas.  Everybody's
 7        threatening to go overseas.
 8              MR. STERN:  Oh, you know, I'd
 9        consider my options.  It depends.  No,
10        it's -- it's -- all that stuff is better
11        to read about than to actually do.  But
12        for players who are at the margins of
13        their team, I can understand why they
14        would get a good deal overseas and play.
15        The one thing that's great about our
16        sport is the number of, you know, very
17        good basketball players that there are.
18              MR. SIMMONS:  Right.  I gotta be
19        honest.  I think this is the maddest I've
20        ever been at you.
21              MR. STERN:  That's okay.  That's why
22        I -- always a pleasure to speak to you.
23        Usually to --
24              MR. SIMMONS:  Well --
25              MR. STERN:  -- it's usually to set
```

1       you straight.

2           MR. SIMMONS:  Well, in this case,

3       it's going to be a lot harder to set me

4       straight because I don't like where this

5       is going.  I don't understand where the

6       urgency is.  I don't understand why

7       people don't seem to care more that you

8       guys had an unbelievable season last year

9       and things were set up for an even better

10      season this year.  I just feel like you

11      and Billy Hunter should be locked in some

12      crappy hotel room until you figure this

13      out.  Where is the urgency right now?

14          MR. STERN:  Well, I would say that I

15      remain optimistic that we're going to

16      make a deal.  And I think that the

17      urgency is set in a certain way by the

18      rejection of our underlying premise, that

19      is, this is the time to have a reset,

20      this is the time to try to hold for the

21      players most of what they have, and you

22      know, and sort of grow our way out of the

23      situation we find ourselves in.  The

24      players very strongly disagree, and at

25      this point, don't even want to discuss

Page 5

```
 1        it.  In other words, we said to them, the
 2        average salary is over five million
 3        dollars.  We think that we can keep your
 4        compensation, including benefits, at that
 5        number.  That about makes you the highest
 6        paid union in the world.  And we're going
 7        to keep it at that while we grow our way
 8        out of this.
 9             MR. SIMMONS:  Yeah.
10             MR. STERN:  And the players throw
11        around words like "greedy", "arrogant"
12        and a variety of other things that would
13        tend to inflame things, and I think our
14        owners have been remarkably calm because
15        the logic of where we're going is hard to
16        disagree with.  We need a reset in the
17        amount of compensation.  We need, sort
18        of, shorter contracts so we can align pay
19        with performance, and we need to get a
20        little bit more competitive.  It's not
21        brain surgery.
22             MR. SIMMONS:  Right, but to be fair,
23        they made you a proposal, and as far as I
24        know, you guys didn't make them an
25        official counterproposal.
```

1          MR. STERN:  Well, at some point,

2     when the proposal is that in light of

3     today's economics, we would like to go in

4     six years from a five million dollar

5     average to a seven million dollar average

6     salary, it really makes no sense.  None.

7     And doesn't even begin to respond to the

8     issues that, you know, you've commented

9     on and that we've discussed with them.

10         So I think the logic is so

11    compelling that when the players get

12    briefed on where we are and they

13    understand it so we can get rid of a lot

14    of the debris that somehow has been

15    thrown in here, then this will -- this

16    will begin to move.

17         MR. SIMMONS:  Yeah, but at the same

18    time, they made a proposal.  Like, if I'm

19    trying to buy a car from you, and I offer

20    you 15,000 and you say no way, no way,

21    and you don't even tell me what the price

22    of the car is, how can I buy the car?

23         MR. STERN:  Well, actually, we said,

24    why don't you sit down and let's discuss

25    it, and we had a meeting set up for

1     yesterday.  And then, you know, Adam

2     Silver spoke to Ron Klempner.  I spoke to

3     Billy.  And in effect, they said to us,

4     the same way, they said it, our guys

5     don't want to have a meeting unless

6     you're going to make a new proposal.  And

7     we said, well, it's too bad.  So they

8     cancelled the meeting because we wanted

9     to talk about it.  You never know what

10    comes out in a conversation.  But that's

11    their right, and I understand that.  It's

12    not a big deal.  They've got a lot of

13    education to do with their players.  You

14    know that as well as I do.

15         MR. SIMMONS:  Yeah, but it doesn't

16    seem like this is rocket science.  Like,

17    you have -- the players are getting

18    fifty-seven percent of the basketball-

19    related revenue right now; it's too high.

20    The contracts can go up to six years;

21    that's too long.  We should go shorter

22    contracts, and if you did a fifty-fifty

23    split, aren't we, like, two-thirds of the

24    way there?

25         MR. STERN:  You don't know -- you

```
 1        don't know the numbers exactly, but we'd
 2        like to take out some more expenses, and
 3        then have a fifty-fifty split after the
 4        expenses, and we said that.
 5             And the big issue is we have asked
 6        the players to take an eight percent cut.
 7        And the players have said --
 8             MR. SIMMONS:  What, do you mean a
 9        pay cut from the salaries they're already
10        getting?
11             MR. STERN:  From the 2.2 billion
12        dollar total --
13             MR. SIMMONS:  Got it.
14             MR. STERN:  -- our proposal was two
15        billion and hold it while we try to grow
16        out of where we find ourselves.  And if
17        we do very well, and we grow more than,
18        let's say, four percent a year, they'll,
19        under our projections and theirs, they'll
20        do better than two billion dollars, and
21        it'll start to grow.  And they know that.
22             And so when they came back and they
23        said we've got a better idea; you should
24        give us a thirty-five percent increase
25        over six years and it should go from 5.1
```

Page 9

1          million, or whatever the exact number is,

2          to 7.1, we said whoa, whoa.  We're not

3          even on the same planet, no less the same

4          ballpark, to use another sport.

5              MR. SIMMONS:  Well --

6              MR. STERN:  But I think -- but I

7          think it has to sink in because from what

8          I read, and you know it, we've got

9          individual players saying, well, they're

10         not showing us the book.  Wrong.  We've

11         given them the books.  And behind closed

12         doors, we're well past that.  You know,

13         you can argue whether we lost 300 or 150

14         or whatever, and this is about

15         profitability.  We've got to make it

16         profitable.

17             MR. SIMMONS:  Right.

18             MR. STERN:  Which is what you do in

19         collective bargaining.  And after you

20         make it profitable, then you say, okay,

21         there's a huge disparity of profits, so

22         we're going to have revenue sharing.  The

23         idea that you can have revenue sharing is

24         going to help you when you're losing

25         money doesn't make any sense at all

1       because there's not enough money to

2       revenue share if the whole league, as a

3       whole, is losing 300 million dollars,

4       there's, you know, you could take away

5       money from the top teams and give it to

6       the lower teams, but at the end of the

7       day, with all the reshuffling, you're

8       still going to be losing 300 million

9       dollars.

10          MR. SIMMONS:  Do you guys regret

11      throwing that number out?  You know, it's

12      either been 340 million or 370 million,

13      but you've been --

14          MR. STERN:  No, it's actually going

15      down.  We went from, I think, 400 to 370

16      to 340, and this year, we're going to be

17      at 3.

18          MR. SIMMONS:  But I had --

19          MR. STERN:  But no matter how you

20      slice it, it's -- you know, and I don't

21      mind, you know, people say oh, it

22      shouldn't be this, you shouldn't count

23      this, or -- okay, fine.  You know, but

24      behind closed doors, they say, listen,

25      guys, this is what -- this is what the

1       lawyer for the union said to us.   We

2       don't think that you should do better

3       than break even.

4              MR. SIMMONS:   Right.

5              MR. STERN:   And we think that

6       your -- you -- we think that your problem

7       is that you've lost X, and we're prepared

8       to help you by delivering half of X.   You

9       make up the other half X and then you'll

10      be at even.   And our owners think and

11      say, well, we're grossing 4-plus billion

12      dollars; we're guaranteeing the players a

13      percentage literally off the top, and we

14      have 5,000 other people that are

15      generating that in addition to the 400-

16      plus players.   Taking nothing away from

17      the importance of the players and the

18      product and the court, but the reality is

19      that the way those dollars get made is

20      from the sweat of 5,000 other people, as

21      well as the players.   And the players are

22      telling the owners and those people,

23      well, you should be allowed to break

24      even.   That's not going to cut it.

25             MR. SIMMONS:   At the same time,

Page 12

1    like, I had somebody who worked for a

2    team tell me that they had a five million

3    dollar loss two years ago, and they

4    reported it as twelve.  Like, there's a

5    lot of ways for the organization, all

6    these other ways to fudge what those

7    numbers are, and if the numbers were that

8    bad, why are people still buying NBA

9    teams?  Why did the Sixers get bought?

10   Why did the Pistons get bought?

11        MR. STERN:  Well --

12        MR. SIMMONS:  Why, recently, did the

13   Hawks get bought?  Why are people buying

14   into a league that's losing money?

15        MR. STERN:  You know, but now you're

16   jumping around, and it doesn't become

17   you.

18        MR. SIMMONS:  Thank you.

19        MR. STERN:  If somebody was

20   misreporting a loss, I can assure you

21   that that isn't the case in terms of the

22   documents we've turned over to the

23   players.

24        MR. SIMMONS:  Okay.

25        MR. STERN:  We're well past that.

1    Okay?  Well past that.  We've provided

2    not only the audited reports but the

3    state and federal income tax returns.  So

4    no one's committing any felonies here.

5    All right?  That's number one.

6         MR. SIMMONS:  Well, it's not a

7    felony.  It's just you can kind of twist

8    numbers around to how they suit you.

9         MR. STERN:  No, because we invite

10   the play --

11        MR. SIMMONS:  It's Accounting 101.

12        MR. STERN:  No, the players have

13   accountants.  They have economists.  The

14   numbers are there.  We would be happy,

15   and have engaged in them.  And actually,

16   they don't dispute it.  So why are you

17   disputing it?  Because you have a con --

18        MR. SIMMONS:  Well, they are

19   disputing it, though.

20        MR. STERN:  No, they're not.

21   They're saying --

22        MR. SIMMONS:  But that's one of the

23   common refrains from the players --

24        MR. STERN:  No, that's what the --

25        MR. SIMMONS:  -- that you guys are

Page 14

1      lying.

2           MR. STERN:  No, no, no, no.  That

3      was said a while ago.  The truth is,

4      giving Billy Hunter his due, he says,

5      well, we don't think you should include

6      these two items.  Okay?  There's a -- you

7      shouldn't include interest, which is an

8      expense, and you shouldn't include

9      amortization, which is a depreciation, I

10     guess --

11          MR. SIMMONS:  Right.

12          MR. STERN:  -- which is what you

13     do -- this is not about buying the team

14     and depreciating or amortizing the player

15     contract.  It has nothing to do with

16     that.  We've excluded that a long time

17     ago.  What this is is if you buy a

18     scoreboard and you spend ten million

19     dollars for it, you're not allowed to

20     deduct that as an expense in the year you

21     spent it, so what you do is you

22     depreciate it, let's say, two million

23     dollars a year for five years.  This is

24     money that was really spent, and you

25     account for it in five different years.

1      Somebody who says that you shouldn't

2      count that is basically saying you

3      shouldn't count as an expense something

4      that you spent money on it.  And that

5      makes no sense.  But even under Billy's

6      formulation, it's, you know, if you're

7      not losing -- were we losing 340, he

8      would say we were losing 200.

9           MR. SIMMONS:  Right.

10          MR. STERN:  And so the point to us,

11     and we're happy to move on from it is,

12     we're not making a profit and we're going

13     to use this collective bargaining

14     negotiation to do what all employers do:

15     they use it to make their business

16     profitable.

17         MR. SIMMONS:  Is it fair to say, you

18     know, if I'm a new owner -- let's say I'm

19     thinking about buying the Hawks.  At some

20     point, I'm going to talk to you.

21         MR. STERN:  Yes.

22         MR. SIMMONS:  And I'm going to find

23     out what are your plans for this new

24     system.

25         MR. STERN:  Right.

1          MR. SIMMONS:  Where is this going?

2     How am I sure this thing is going to be

3     profitable?

4          MR. STERN:  Well, you're not --

5          MR. SIMMONS:  Is it fair to -- hold

6     on -- is it fair to say --

7          MR. STERN:  You're not sure.  You

8     can never be sure.  There's no guarantee

9     here and we're not seeking a guarantee,

10    but what we say to an owner, we say,

11    look, the reason you're going to be able

12    to buy it with very little cash and at a

13    very low valuation is because we were

14    suffering seller fatigue.  Our teams --

15    our ownership of our teams, they're tired

16    of writing checks.  So if you write a

17    check that is modest these days and you

18    assume some debts, then as business

19    gets -- and you sell tickets better than

20    the team from whom you bought, then

21    you're going to be able to make a profit

22    because we're going to lower the

23    percentage -- it makes no sense to have

24    it at the current rate -- and between the

25    digital world and the international

Page 17

1  world, there really is a business here
2  because artistically, our sport is at the
3  top.
4       MR. SIMMONS:  Yup.  And ratings are
5  great.  But you're probably promising at
6  least some of these teams a revenue-
7  sharing system that's not in place yet,
8  right?
9       MR. STERN:  But there is going to be
10  a revenue sharing.  I must tell you that
11  our owners, the ones that you like to
12  have fun with in your --
13       MR. SIMMONS:  I do.
14       MR. STERN:  -- podcast which I
15  refuse to admit that I've either listened
16  to or read the transcripts of, you know,
17  they're on board.  The Bulls, the Lakers,
18  the Knicks --
19       MR. SIMMONS:  I'll believe it when I
20  see it.
21       MR. STERN:  -- they're saying, we --
22  oh, I represent it to you.
23       MR. SIMMONS:  All right, I'll
24  believe it when I see it.
25       MR. STERN:  They fundamentally say

1      that we understand that we depend on
2      other teams to come into our building and
3      we're prepared to, you know, share
4      revenue.  Because some of our owners will
5      tell you that when there's a huge deal
6      that one team makes, it raises everyone's
7      cap under a cap system.
8             MR. SIMMONS:  Right.
9             MR. STERN:  So there has to be an
10     accountability of what that does, and the
11     Lakers and the Knicks and the Bulls are
12     all right up there.  And I've never seen
13     such unity of purpose amongst our owners.
14     Yes, we need a new CBA and we have to
15     accompany it with more robust revenue
16     sharing.  And revenue sharing that
17     doesn't just give the money away but
18     holds teams accountable for their own
19     economic performance as well.  That
20     probably should be more contentious at
21     some level than the CBA negotiations, but
22     they're both proceeding at a, you know,
23     at a similar pace.  We're just further
24     along on revenue sharing than we are on
25     the CBA, but the contours have been

```
 1    drawn.
 2         MR. SIMMONS:  Here's what I don't
 3    understand about that.  I don't
 4    understand why the NBA has to have that
 5    level of revenue sharing.  Like, you look
 6    at football, yeah, football makes se --
 7    the NFL makes sense to have revenue
 8    sharing because it's a TV-driven league.
 9    So much of the money they make is from
10    the TV rights.  With you guys, you're
11    actually in a better position if the big
12    markets are good.  And if the, you know,
13    the bigger the market, the higher the TV
14    rating, things like that, like, it's
15    almost doesn't totally make sense to have
16    NBA to be good.
17         MR. STERN:  No, you don't -- Bill,
18    step back.
19         MR. SIMMONS:  Okay.
20         MR. STERN:  You can't say to an
21    owner of a team that says, listen, we
22    think you should forever be consigned to
23    a second place or a second-class
24    citizenship because we're going to have a
25    system that allows teams to generate more
```

```
 1        money to do better.  In fact, the NFL is
 2        exactly the opposite of that.  They have
 3        huge revenue sharing through the largest
 4        source, which is network TV, but also
 5        through their gates.  And so they have a
 6        history of revenue sharing that pre-dates
 7        what we do.  It's already built in.  And
 8        they do some modest additional revenue
 9        sharing.  So they are the revenue sharers
10        at the top of the class, and they wind up
11        with a New Orleans or a Green Bay or a
12        Pittsburgh in the Super Bowl.  That's
13        great.
14             MR. SIMMONS:  Okay.
15             MR. STERN:  That's great.  And you
16        can't tell an owner, I've got a great
17        idea.  You should come in and spend this
18        money and obligate yourself, but really,
19        don't ever expect to be able to challenge
20        for a championship.  We don't want to do
21        that.
22             MR. SIMMONS:  Yeah, but San Antonio
23        did it; they were a small market.
24             MR. STERN:  Okay, and there's a
25        model to be drawn.  But even San Antonio
```

```
 1        has lost money because of their losses
 2        are increasing as the percentage is
 3        beginning to eat away at even the teams
 4        that were able to be profitable in the
 5        small market.  So San Antonio is going to
 6        be a recipient over time.  Whether they
 7        are in day one or not, if you have a
 8        robust revenue sharing system, we're
 9        going to hold teams accountable for
10        getting the most out of their market.
11        But if having done that, they still need
12        help to compete, we want them to compete,
13        they want to compete, and our large teams
14        want them to compete.
15             MR. SIMMONS:  Well, we should
16        mention that the owner of San Antonio,
17        Peter Holt, is probably your most
18        respected owner and probably your most
19        powerful owner.  So I think it's
20        interesting that you're gravitating
21        toward this revenue sharing system that
22        helps him.  You don't see the dichotomy
23        of that?
24             MR. STERN:  I don't even -- I -- you
25        know, we've got a labor relations
```

Page 22

```
 1        committee that is composed of everyone
 2        from Jim Dolan of New York to Jerry Buss
 3        of L.A. to Clay Bennett of Oklahoma City.
 4        We are -- we are so well represented
 5        across the spectrum that's it not
 6        about -- in the NBA it's not about this
 7        powerful owner or that powerful owner.
 8        It's really a consensus amongst thirty
 9        owners that, in the case of our labor
10        relations committee which is there to
11        effectuate the will of the board, there's
12        unanimity of purpose and there's
13        agreement on all the principles.
14             MR. SIMMONS:  But here's what I
15        don't get.  I mean, you've been having
16        issues with your labor agreement
17        basically since the mid-90s.  And you
18        go -- there's a thing on YouTube, now;
19        NBC has this lockout special from 1998.
20        And all the stuff that they're hitting in
21        the special is the same stuff you guys
22        are arguing about now.  I mean, you could
23        make the case that the players have won
24        the last three labor deals, and now
25        you're trying to really blow this up and
```

Page 23

1      recreate the system.
2           MR. STERN:  Actually --
3           MR. SIMMONS:  Is it --
4           MR. STERN:  I agree that you can
5      make the case that they won the last
6      three negotiations.  But actually, maybe
7      I haven't gotten any smarter, but we're
8      not trying to blow it up.  We're actually
9      saying, we're prepared to give you, for
10     the most part, the benefit of the system
11     for which you negotiated, except we have
12     to reset it by you taking an eight
13     percent decrease in your compensation,
14     and we need shorter contracts, and we
15     have to align, you know, in some ways pay
16     for performance, which is -- you know,
17     even one of the proposals we made --
18     you'll appreciate this -- we said,
19     listen, if you have a contract that's too
20     lar -- that you want to get rid of
21     because the player -- it's stale, the
22     player's not performing, what we should
23     allow our teams to do is spread it over
24     multiple years so that the player will
25     still get his money, but there will be

1    cap room to replace him rather than the
2    system that we currently have where
3    because of the cap placement of that
4    contract, they cannot get a better player
5    to fill that spot; they have no money.
6           MR. SIMMONS:  Right.
7           MR. STERN:  So this is all about
8    making our teams more competitive,
9    hardening the cap, and aligning pay with
10   performance.  And yes, the players are
11   being asked to take an eight percent pay
12   cut.
13          MR. SIMMONS:  I am all for player
14   performance stuff because -- and this is
15   what I think the weakness in the players'
16   union argument is, is that they take no
17   responsibility for some of their games
18   who have signed big contracts and then
19   not lived up for them, gotten out of
20   shape, kind of nailed it in.  I think you
21   guys do need to be protected from that
22   and the logic that, wait, listen, we're
23   not putting a gun to your head and
24   telling you to sign that guy.  Like, I
25   don't think you can think that way, and

Page 25

1       you have to take responsibility.

2           MR. STERN:  I'm going to actually

3       defend our players to some extent --

4           MR. SIMMONS:  Whoa, you're defending

5       the players.

6           MR. STERN:  -- and defend our owners

7       to some extent.

8           MR. SIMMONS:  Okay.

9           MR. STERN:  The money has to get

10      paid out; we're paying out the fifty-

11      seven percent no matter what --

12          MR. SIMMONS:  Okay.

13          MR. STERN:  -- under the old deal.

14      So -- so yes, there are teams that when

15      they start competing for real or

16      perceived talents, they perhaps spend it

17      on ways that they shouldn't.  We come

18      back and say, you know what, that's why

19      shorter contracts make sense.  Because

20      then, when the bad or stale contracts or

21      underperforming contracts expire, that

22      can be reexpressed to players who are

23      playing and deserve it.  And the players

24      say whoa, that's no good because you've

25      got to be able to play for your career

Page 26

1    contract.  It's very important as an
2    individual matter.  And so you can see
3    the way the discussion around the table
4    goes.
5         And we then said we need lower
6    guarantees of contracts, and the players
7    said, no, the most important thing is
8    guaranteed contracts.
9         So we said, you know what, we see it
10   in the context of shorter contracts,
11   we'll agree to it.  And they say, well,
12   that's no big deal; we have guaranteed
13   contracts already.  So that's the circle
14   the negotiations go in.
15        But I think the sort of the
16   contours, the outline of what has to be
17   done here, a reset in the percentage, a
18   shortening of contracts, a hardening of
19   the cap, and the, you know, continued
20   alignment of pay for performance, that
21   will make this a much stronger league.
22   It will move our teams to profitability
23   and it will provide the basis for revenue
24   sharing.
25        MR. SIMMONS:  I agree with that.

1      But here's my counter to everything you

2      just said.  If I'm from the players'

3      side, I don't feel like you guys have

4      exhausted enough opportunities to make

5      revenue from the league that you have.

6      Like, why don't you have sponsored

7      jerseys?  How much money are you leaving

8      on the table by not doing that?

9          MR. STERN:  We're -- I know you

10     think we're dumb, but we're not quite as

11     dumb as you make us out to be --

12         MR. SIMMONS:  I don't think you're

13     dumb.

14         MR. STERN:  -- because that's an

15     assessment that we do continually.  But

16     once a sponsor decides that they want to

17     spend tens of millions of dollars on

18     sponsoring a jersey, then they're going

19     to lower the expression of their support

20     on team broadcasts, on network

21     broadcasts, even on podcasts because you

22     do have an issue.  So it's not the

23     panacea you think it is.

24         MR. SIMMONS:  I don't agree with

25     that.  I --

Page 28

1          MR. STERN:  Okay.
2          MR. SIMMONS:  -- because I hear that
3      sometimes from --
4          MR. STERN:  Well, I'm going to hire
5      you to sell it for us.  That's all.
6      You're on.
7          MR. SIMMONS:  Listen.  I just
8      think -- I think it's a lazy way to think
9      in terms of selling ads because people
10     think, like, oh, they only have twenty
11     million dollars to spend and they're not
12     going to want to spend more.  I mean,
13     it's your job to come up with a creative
14     way for them to spend more money on your
15     product, right?
16         MR. STERN:  By the way, I mean, you
17     know, listen, you're talking to -- at
18     some point, I'm going to feign
19     indignance (sic) --
20         MR. SIMMONS:  Okay.
21         MR. STERN:  -- because we started
22     out here, you know, when the -- in 1983,
23     the first salary cap was 3.2 million
24     dollars.  Not per player.
25         MR. SIMMONS:  Right.

1        MR. STERN:  Per team.  Okay?  With a

2     minimum of 1.8 and an average salary of

3     about 250.  Okay?  The reason that has

4     been driven upward to the five million

5     dollars it is and the sixty-some odd

6     million that the cap is is because we've

7     gotten every penny -- we've been

8     creative; we create networks, we create

9     dot com sites, we create categories, we

10    create sponsorship categories, we talk to

11    our teams about the way they sell suites

12    and groups and club seats and local TV.

13    So the one thing that I can tell you is

14    that the thirty teams of the NBA and the

15    NBA League office working together have

16    propelled the revenues up; I would say

17    that the largest of the beneficiaries of

18    that are the players because they've been

19    getting fifty-seven percent with a

20    guarantee that even if the contracts

21    don't quite reach fifty-seven percent,

22    we'll write them a check for the

23    difference.

24        MR. SIMMONS:  Right.

25        MR. STERN:  And so on behalf of the

Page 30

```
 1        thousands of people who are working very
 2        hard, in all deference as you sit there
 3        in the sunshine out in Los Angeles,
 4        talking about their absence of
 5        creativity, I protest.
 6             MR. SIMMONS:  Right.  Well, here's a
 7        good example.  1983, Rick Welts goes to
 8        Lawrence O'Brien, and he says I had this
 9        idea for an All Star weekend.  You guys
10        are making money off that weekend now,
11        right?  Like, that's a successful weekend
12        that --
13             MR. STERN:  No, we --
14             MR. SIMMONS:  -- makes a little
15        money for you.
16             MR. STERN:  You know what, it
17        doesn't matter.  We consider it -- it's
18        a -- we consider it to be -- whatever we
19        make, we spend.  It may not be the
20        smartest thing, but what we do is we
21        treat that as a place to entertain --
22             MR. SIMMONS:  Sounds like the ESPYs.
23             MR. STERN:  -- our international
24        broadcasters, our sponsors, our
25        licensees.  It's a -- I don't think we
```

Page 31

1    make money, but we don't lose a lot.

2        MR. SIMMONS:  Okay, but you know, I

3    can't really come up with a lot of

4    different ideas that you guys have come

5    up with over the last decade, other than

6    all the stuff you've done digitally,

7    which has been fantastic.

8        MR. STERN:  Oh, you mean, other than

9    invent -- be the first -- or, early to

10   have a TV network, a digital TV network,

11   to --

12       MR. SIMMONS:  But you kind of sold

13   that off, thought.

14       MR. STERN:  -- to be selling our own

15   TV in 215 countries and 43 languages, to

16   having -- to be right there on YouTube

17   with 600 million -- you know, 600 million

18   video views, to do webcasts.

19       MR. SIMMONS:  That's been very

20   smart.  Right.

21       MR. STERN:  To do -- I mean, and

22   actually, in terms of sponsorships, to --

23   you name it, we wrap it.  We were the

24   first to do pole wraps, vomitoriums (sic)

25   in the building, you know, the edges of

Page 32

1  the floor, underneath the scoreboards.

2  Come on, Bill.  You sit there; look

3  around when you go to a Clipper game.

4    MR. SIMMONS:  Well, so you're saying

5  that you basically have done your job,

6  you've done everything you can do, and

7  now you just take money from the players,

8  and that's --

9    MR. STERN:  No, no, no, no.  We will

10  actually -- actually, to the contrary.

11  We continue to do our job.  We will

12  continue to raise the money and we will

13  spend whatever it takes to raise it.  But

14  if you have to pay fifty-seven percent

15  out of every dollar, you can't do it.  So

16  we need a better split.  It's not that we

17  only get it from the players, but to the

18  contrary, we're projecting robust revenue

19  sharing growth -- robust revenue growth

20  and we will be able to share and the

21  players will take a percentage that makes

22  sense.

23    And I just might add here, the NFL,

24  the most profitable of all sports

25  leagues, says it wants to be more

Page 33

1    profitable, its players agreed to a

2    double-digit concession --

3          MR. SIMMONS:  Yeah.

4          MR. STERN:  -- and our players say

5    no, sorry, can't work.  There's

6    something -- there's something wrong with

7    this picture, and that's why, actually, I

8    think that the picture will come into

9    clearer focus as our players come to

10   understand what the owners actually are

11   offering and what they've done to open

12   their books and why they want to make the

13   changes that they want to make.

14         MR. SIMMONS:  Question:  If the big

15   markets generate the most revenue for the

16   league, why don't you put more teams in

17   the big markets?  Or does that make too

18   much sense?

19         MR. STERN:  Well, I would say that

20   then they wouldn't be big markets

21   anymore.  They'd be split markets, and

22   you don't know for sure what the impact

23   is of having yet additional teams in.

24   And there is a certain appeal to having a

25   national league represent us on a

1    national basis, rather than having all of

2    your teams in the greater L.A. area or

3    the greater New York area.

4        MR. SIMMONS:  Yeah, but you have

5    twenty-five cities --

6        MR. STERN:  You could,

7    theoretically, put seven teams in each of

8    New York and L.A., but I must say, having

9    grown up as a baseball fan and learned

10    about cities in this country from

11    baseball, I think there's a really good

12    reason to make yourself into a national

13    sport.

14        MR. SIMMONS:  Yeah, but if I'm in

15    a -- if I'm buying into the NBA, I have a

16    much better chance in succeeding in

17    Anaheim than I do in New Orleans or

18    Charlotte.  I have a much better chance

19    of succeeding as the second Chicago team

20    than succeeding in New Orleans,

21    Charlotte, Memphis, a bunch of these

22    other cities.  Like, at some point, don't

23    you have to think more logically about

24    revenue?

25        MR. STERN:  They -- yes, you may or

VERITEXT REPORTING COMPANY
www.veritext.com
212-279-9424        212-490-3430

Page 35

1    you may not, and that's what you have to

2    say when you analyze and look at the

3    numbers.  The fact of the matter is that

4    New Orleans, we're now approaching 9,000

5    season tickets.  There's a -- we're

6    looking at a possible new cable deal.

7    We're having a very large impact on

8    sponsorships, and there's state subsidy

9    right now which we're seeking to have

10   continued, and when we complete all of

11   that, I think the team will be, you know,

12   not a small market team in terms of

13   revenue, and there'll be a very good

14   chance at having a buyer say I want that

15   team, and I want it in that market.

16        MR. SIMMONS:  But you've -- I mean,

17   we're over a year now where nobody has

18   said that.

19        MR. STERN:  No, no, there are many

20   people who say it, but we don't want to

21   do it yet because we want to get it ready

22   for prime time, so to speak.  We want to

23   make sure we get the season tickets up to

24   10,000.  We want to develop a robust

25   revenue sharing model if they need it.

Page 36

```
 1          Under our theory of going forward, we
 2          think that if we do the sponsorship, we
 3          do the cable, we do the season tickets
 4          and the suites, it won't even need
 5          revenue sharing.  And so we've had four
 6          or five people come to us, and we said,
 7          we're not ready yet.  We'll talk to you
 8          after -- after all these things are put
 9          in place and after the new collective
10          bargaining agreement is done so we know
11          what the future's going to hold.
12              MR. SIMMONS:  Right.  You know,
13          Billy Hunter, he said a bunch of stuff.
14          He's been lobbing grenades left and right
15          the last two months.  You haven't totally
16          responded.  How have you been able to
17          keep your cool with all that stuff?
18              MR. STERN:  Because there's
19          something -- because I have been working
20          for the players longer than Billy has.
21              MR. SIMMONS:  That's a fair --
22              MR. STERN:  My work goes back forty
23          years.  And I'm very proud, even though
24          you can tell me that I've been out-
25          negotiated three times, excepting that,
```

1    I'm still proud of the place we've come

2    to, the salaries that the players are

3    making -- they make it because 5,000

4    people at the teams and the league office

5    worked very hard, and I'm invested in

6    keeping the rhetoric down so we can

7    continue the growth that our players have

8    had.  And in this day and age, given the

9    economic circumstances that are going on

10   out there, with respect to the stock

11   market, with respect to the European

12   countries that look like they are

13   falling, with respect -- and as an

14   economic matter, and with respect to

15   getting owners to both buy teams and

16   continue to invest in them, lobbing

17   grenades is not a good thing to do.  It's

18   not good for business.  It's not good for

19   sponsors; it's not good for fans.  And so

20   we're trying to keep ourselves aligned in

21   the right way, and we think -- and we

22   think that Billy is going to do the same

23   thing.

24        MR. SIMMONS:  Billy said about you,

25   "I don't think he has the sway that he

```
 1    once did.  I'm not saying that he's not
 2    the commissioner and doesn't have the
 3    power to act, but I don't know that he
 4    has the unfettered dying support that he
 5    had before.  Maybe there's a little crack
 6    in the dike."  What did you think of
 7    that?
 8         MR. STERN:  I smiled at it.  He
 9    gives great fodder to my owners who want
10    to say, you see, David, your
11    vulnerability is showing.  Why are you
12    telling us what to do and why are we
13    listening to us (sic).  We should
14    listen -- why are we listening to you?
15    We should listen to Billy Hunter.  I
16    think that if anything, without making it
17    about me, our owners are united, and
18    there are no cracks in the ownership.
19    The blogosphere is, like, buzzing with
20    all of these owners who are supposedly
21    driving the collective bargaining.  The
22    blogosphere has it all wrong.
23         MR. SIMMONS:  Right.
24         MR. STERN:  It's absolutely just a
25    fiction, as is the idea that our owners
```