1    are not united.  It's not about me.

2    It's -- and if there's anything that you

3    need at the NBA, Bill, and I really agree

4    with it, I think I can deliver it.

5         MR. SIMMONS:  He also said about

6    you, "In the last six or seven years,

7    there's a new group of owners to come in

8    who paid a premium for their franchises,

9    and what they're kind of doing is holding

10   his feet to the fire," meaning you.

11   Where did that come from?

12        MR. STERN:  Yeah, it's fiction.

13   It's fiction.

14        MR. SIMMONS:  All right.  How

15   worried are you about ticket revenue?

16   Because, you know, just looking at this

17   from afar, it seems like you're almost

18   swinging so far the other way with how

19   you want this pay cut from the players to

20   go that you're almost factoring in, we

21   think attendance is going to go down

22   here, we're worried about season tickets,

23   things like that.  Is that a fair

24   statement to make?

25        MR. STERN:  No, although you keep

1       making it.  This is not -- it's just
2       getting more expensive to do those
3       things.  And that's why -- it isn't what
4       we want for the players.  It's just that
5       fifty-seven percent is too high.  Instead
6       of selling one season ticket, you have to
7       sell four ten-game packages.  Instead of
8       having one customer service
9       representative for that group, you may
10      need two.  You have to use more research;
11      you have to demonstrate better metrics.
12      You have to improve on the spending on
13      your game experience.  You have to take
14      account the increase in petroleum prices,
15      so when you charter the players you
16      can -- you know, it costs more.  You have
17      to have a security issue, so you need to
18      protect the building, the plane, the
19      travel, and everything else.  And so we
20      think, actually, we can continue to grow
21      most categories, including tickets, by
22      offering the game experience that we do.
23      It's just more expensive to do it and you
24      can't -- you can't take in a dollar that
25      costs you fifty cents to raise, and then

1      give fifty-seven to the players.  You're

2      down seven percent.  It's a Catch-22

3      situation; you can't make it up on

4      volume.

5              MR. SIMMONS:  Are season tickets too

6      high?

7              MR. STERN:  The question.  I think

8      they're -- I think they're high, but I

9      think that each of our teams in each of

10     their markets are making judgments about

11     the market.  And all I can tell you is

12     that season tickets, even in the face of

13     a lockout, are flat with last year.  So

14     we've been able to maintain it to this

15     point, and if we were -- and as soon as

16     it becomes clear that we're going to have

17     a season, they'll go up.  And so thus

18     far, the market is saying that the fans

19     want to see our games, want to come to

20     our games, and they're -- in order to do

21     that, they're willing to pay our season

22     ticket prices.

23             MR. SIMMONS:  There's been some --

24     it seems like this time around, there's

25     been more stuff leaked to try to make you

1      look bad than I remember in the previous

2      lockouts.  One of those things was

3      somebody wrote that you make twenty-three

4      million dollars a year.

5            MR. STERN:  Right.

6            MR. SIMMONS:  And also questioned

7      why you had decided to --

8            MR. STERN:  Go ahead.  Ask me

9      anything.  You can -- you know, we've

10     been at this for so long, you can't --

11           MR. SIMMONS:  Well, listen, no, I

12     don't think -- I have no interest in what

13     you actually make, but I know that you

14     don't make twenty-three million dollars a

15     year.

16           MR. STERN:  No, listen, if you

17     guessed -- if you guessed that, you know,

18     that I made half of that, you would be

19     way high.  Okay?

20           MR. SIMMONS:  Right.

21           MR. STERN:  If you were closer to a

22     third, you might be in my range.  And so

23     that's just --

24           MR. SIMMONS:  But that's even --

25     that's something that --

1          MR. STERN:  -- that's just some --
2     in fact, I'm going to get thrown out of
3     the commissioner's union for being at the
4     low end, but guess what, I've been doing
5     this for so long, I've made a very good
6     living, and in, I guess it was 2008, when
7     we stopped -- when we started laying off
8     people because of our business
9     performance, I went to the owners and
10    said I'm going to take a pay cut, and I
11    think it's a good idea, and I'm going to
12    freeze my salary.  And I did that with
13    the audit and compensation committee
14    which is six people that know exactly
15    what I earn and what we've done.  It's
16    not a secret; every owner can know it if
17    they choose to because we review all
18    salaries with the audit and compensation
19    committee at least twice a year.  But you
20    go -- you see what's going on out there,
21    and it says, oh, nobody knows what Stern
22    makes, you know, and it's just totally
23    ridiculous.
24         MR. SIMMONS:  Well, I mean, that was
25    a ridiculous figure.

```
 1            MR. STERN:  Well, but by the way,
 2       it -- like so many other things, there
 3       were no sources.  Even with respect to
 4       the most recent cancellation of the
 5       meeting for yesterday, which really, I
 6       make the point, is not a big deal.
 7            MR. SIMMONS:  Yeah.
 8            MR. STERN:  I spoke to Billy.  Adam
 9       Silver, who's leading these negotiations,
10       spoke to Ron Klempner, who's Billy's
11       number one guy in these things.  They
12       both said we -- the players don't want to
13       do it now.  We said, okay, we'll
14       reschedule something, and Adam is, I
15       hope, talking to Ron today to schedule
16       maybe something between Ron and Adam and
17       their troops for next week.  And all of a
18       sudden, it gets written, an anonymous
19       union official said that the league
20       didn't do something or did do something.
21            We don't have to be anonymous.
22       We're certainly responsible for our
23       actions and we'll speak -- Adam will
24       speak, I will speak, Peter Holt will
25       speak, and you know what?  So will Billy.
```

Page 45

```
 1        And so I don't know what the game is
 2        being played here.  I think just a
 3        blogger needed to get some counter
 4        statement on from somebody else so they
 5        went with an anonymous union official
 6        because we found Billy to be very direct.
 7        Billy, you know, he says what he means,
 8        he says what he thinks, and he does what
 9        he says.  So I don't have a problem with
10        that.
11             MR. SIMMONS:  How many times have
12        you gotten mad during this -- during this
13        whole process?  Because I know for a
14        fact, in Miami, during the finals, when
15        the players didn't show up for what you
16        thought was going to be a productive
17        meeting, you kind of went crazy a little
18        bit, tiny bit.
19             MR. STERN:  I don't think -- I
20        don't -- Miami --
21             MR. SIMMONS:  There was some
22        yelling.
23             MR. STERN:  -- during the finals?
24             MR. SIMMONS:  Yeah, there was some
25        yelling.  You're not going to back me up
```

1    on that?

2         MR. STERN:  Wait a minute.  You

3    know, I can't remember.  But me yelling?

4    Moi?

5         MR. SIMMONS:  Yeah.

6         MR. STERN:  Very possibly.

7         MR. SIMMONS:  You were yelling at

8    the players' side asking them to start

9    taking the whole process seriously

10   because you were --

11        MR. STERN:  Oh, okay, yes, yes.

12        MR. SIMMONS:  -- within a couple

13   weeks --

14        MR. STERN:  Yes, you know, but

15   that's -- you know, I was -- I thought we

16   really had a shot if we could sit down

17   and negotiate and understand each other's

18   positions that -- of doing this in a more

19   effective, shorter time span because we

20   started out almost two years ago by, you

21   know, by telling them we'll give them all

22   the numbers so that's not going to be an

23   issue.  And, you know, and we just got

24   the sense that there was a lot going on

25   that we were not privy to that somehow

```
 1        involves the agents, as well, pushing for
 2        this decertification idea.  Look where it
 3        got -- you know, look where Kessler's
 4        strategy got the NFL players.
 5             MR. SIMMONS:  Yeah.
 6             MR. STERN:  And -- and we, you know,
 7        we sort of felt that there were things
 8        going on we didn't quite understand, and
 9        in fact, that's why we filed the unfair
10        labor practice charge and we, you know,
11        started the litigation because we said,
12        look, let's clear this debris out.  Let's
13        get down to the basics because what's
14        going to happen here, eventually, is that
15        we're going to sit across the table from
16        players who have decided that they
17        understand exactly what we've done and
18        what we need and what we're saying, and
19        then hopefully, we'll cut a deal.
20             MR. SIMMONS:  Do you like Derek
21        Fisher more or less than the guys you
22        dealt with in 1999?
23             MR. STERN:  I love all the players.
24             MR. SIMMONS:  Good answer.
25             MR. STERN:  Although the guys --
```

1     although I must tell you that, you know,

2     I think that in some ways, the players in

3     '98, '99 expressed themselves in a more

4     militant fashion.

5          MR. SIMMONS:  Yes.  Well, they

6     also --

7          MR. STERN:  I'm not sure it got them

8     that much, but they did it that way.  I

9     appreciate Derek's manner, and his -- but

10    he also has control of the situation and

11    he's working hard at it.

12         MR. SIMMONS:  What if they came to

13    you and suggested contraction as a

14    possible way to fix this mess.  This is

15    something that's never happened under

16    your watch.

17         MR. STERN:  Well, actually, it's not

18    a subject that we're against.  In fact,

19    when you're talking about revenue

20    sharing, a number of teams have said that

21    if you have a team that is perpetually

22    going to be a recipient, aren't you

23    better off with, you know, with the

24    ability to buy them in, because between

25    the revenue sharing and the split of

Page 49

```
 1          international and the TV money, we could
 2          almost buy them in with their own money.
 3          And the players actually have been heard
 4          to suggest that as well, which was
 5          interesting, because that means they're
 6          suggesting that we eliminating thirty
 7          jobs, or the potential for thirty jobs.
 8               And so we've said to the players,
 9          you know, give us the right to contract;
10          let's agree upon what the basis will be.
11          Let's make this deal, and then we'll
12          continue to look at that subject.  That's
13          going to be driven as much by, I think,
14          teams that are going to say that revenue
15          sharing is inefficient in certain
16          markets.
17               MR. SIMMONS:  Yeah.
18               MR. STERN:  But then again, if you
19          look for volunteers, there aren't many
20          teams raising their hands, and that's an
21          interesting subject.
22               MR. SIMMONS:  Yeah, but I mean,
23          just -- that makes the most sense to me.
24          I think that solves -- listen, I hate the
25          thought of losing basketball teams in one
```

1      or two cities or three cities, or

2      whatever it ends up being, but at some

3      point, if you're going to rev -- if the

4      Lakers are basically going to be funding

5      the bottom five teams in the league to

6      keep them afloat, that just doesn't make

7      sense to me economically.

8          MR. STERN:  Well, it's a -- it's a

9      source of some heated discussion

10     internally and, of course, at table with

11     the players.  And we understand it, but,

12     you know -- and I understand your view of

13     it that commissioners try to keep things

14     the way they are, but remember, I do

15     represent thirty owners.

16         MR. SIMMONS:  Right.

17         MR. STERN:  And so the conversation,

18     knock, knock, come in, hi, Mr. Owner, I'm

19     here to tell you that I think you should

20     go out of business and no longer own a

21     team, it's sort of something that needs

22     to be done pursuant to a plan, and we'll

23     see how that works after we make --

24         MR. SIMMONS:  But --

25         MR. STERN:  -- the deal and the

1    revenue sharing deal.

2        MR. SIMMONS:  -- to be fair, New

3    Orleans doesn't have an owner, and

4    Sacramento, those guys barely have enough

5    money to make payroll.  Like, I mean,

6    those are two candidates right there.

7    You could also merge a couple teams.

8        MR. STERN:  Well, to be fair, New

9    Orleans is actually going to be a top

10   fifteen grossing team that, when it has

11   its 10,000 season tickets and the like,

12   together with an expression of support

13   from the state, it's going to be an

14   interesting team that I'm not sure is a

15   candidate for a contraction.  And we'll

16   see.  I mean, I just don't want to get

17   involved in a discussion of individual

18   teams because right now, we're working

19   very hard with Mayor Johnson --

20       MR. SIMMONS:  Right.

21       MR. STERN:  -- who has put together

22   a plan that seems to suggest that a new

23   arena would be a huge economic incentive,

24   seven billion dollars over thirty years,

25   for Sacramento, and has been able to

Page 52

1      generate support for the project from the
2      entire region.  So let's so how that --
3      let's see how that goes before we start
4      talking about contraction.
5           MR. SIMMONS:  And he's done some
6      great legwork with that and I think he's
7      earned the right.  And the Kings fans are
8      great; they've earned the right to at
9      least get one more year to figure it out,
10     but --
11          MR. STERN:  You bet.  You bet.
12          MR. SIMMONS:  At some point,
13     though --
14          MR. STERN:  The Kings fans have been
15     terrific.
16          MR. SIMMONS:  Isn't there a time
17     limit on that, though?  Like, shouldn't
18     they have twelve months to figure that
19     out or else you guys have to move on?
20          MR. STERN:  That's what they have --
21          MR. SIMMONS:  Okay.
22          MR. STERN:  -- dating back to April.
23          MR. SIMMONS:  What about mergers?
24     Why couldn't you merge Milwaukee and
25     Indiana and move them to New Orleans,

1          something like that.  Like, what's wrong

2          with the idea of merging franchises?

3                    MR. STERN:  You're trying to get me

4          in trouble with everybody.

5                    MR. SIMMONS:  I'm just -- I'm just

6          asking.  What's wrong with taking --

7                    MR. STERN:  Okay, well, you know

8          what, we'll examine all of that.  But our

9          individual owners are very committed to

10         their cities.  Herb Simon is a huge

11         booster and supporter of Indiana --

12                   MR. SIMMONS:  Right.

13                   MR. STERN:  -- and Indianapolis, and

14         Senator Kohl of Wisconsin is a huge

15         proponent of the State of Wisconsin and

16         the City of Milwaukee.

17                   MR. SIMMONS:  Charlotte --

18                   MR. STERN:  So it's easy to say, you

19         know.  Charlotte is an interesting

20         subject.  Okay, we've got a long-term

21         lease of a brand new building and we had

22         a very unfortunate --

23                   MR. SIMMONS:  You can buy it out,

24         though.

25                   MR. STERN:  -- a very unfortunate

1    launch of that expansion franchise.

2         MR. SIMMONS:  Yeah.

3         MR. STERN:  And so Michael Jordan is

4    leading an -- sort of what's the opposite

5    of an excavation, he's digging -- he is

6    digging out, but he's building up the

7    franchise in a way that sponsorships are

8    up and tickets are up, and an unfortunate

9    TV deal is being reworked on an ongoing

10   basis, and I think, you know, Charlotte

11   will be a candidate for revenue sharing

12   in its current format; no question about

13   it.

14        MR. SIMMONS:  But doesn't it

15   frustrate you --

16        MR. STERN:  North Carolina, we're

17   going to abandon, say that they're not

18   supporting basketball?

19        MR. SIMMONS:  Well, that may be a

20   college basketball state.

21        MR. STERN:  Maybe.  Or it might be

22   the state that led the NBA in attendance

23   at 24,000 a game when we --

24        MR. SIMMONS:  I just feel like --

25        MR. STERN:  -- first expanded there

1        twenty years ago.

2               MR. SIMMONS:  Yeah, but --

3               MR. STERN:  Actually, I'm getting

4        old.  It's actually twenty-five years ago

5        almost.

6               MR. SIMMONS:  Right.  But you

7        have -- you have an Anaheim guy who I

8        think would make for a good owner and

9        seems like he's willing to overpay to get

10       a team there.  You have a Vancouver

11       market that is really dying for an NBA

12       team; the Canadian dollars shifted, and

13       that can be a good place.

14              MR. STERN:  They're not dying.

15              MR. SIMMONS:  You have Seattle.

16              MR. STERN:  They're not dying.  You

17       know, we've met with people from Anaheim;

18       we've met with people from Vancouver.

19              MR. SIMMONS:  Seattle.

20              MR. STERN:  We are in continued

21       dialogue with Seattle about their

22       prospects for a new building.  It's so

23       easy to sit in a -- you know, someplace

24       else and say oh, you must be able to go

25       to Vancouver, but the Canucks are doing a

```
 1          great job.  They've got a great building;
 2          we've played there once.  And we've had
 3          some preliminary conversations, but
 4          there's nothing imminent.
 5               MR. SIMMONS:  All right.
 6               MR. STERN:  But -- and Seattle would
 7          be a great city with a new building; it
 8          always has been.
 9               MR. SIMMONS:  I have to ask.  You
10          have a Clippers franchise that has one of
11          your five most marketable guys right now
12          and plays in Los Angeles, and could be
13          worth a billion dollars if it was run
14          properly.  You have an owner that's
15          embarrassed the league a bunch of times.
16          Why don't you have more power to give
17          that team to a better owner?
18               MR. STERN:  I have the power that I
19          Have, and no more and no less.  And
20          actually, I would say to you that on
21          preliminary numbers going forward, that
22          that team is -- the delta between its
23          potential and where it's at is closing.
24          There are increased season ticket sales,
25          increased sponsorship.  I think the
```

1    Clippers are going to be very on the

2    march because of Blake and because of the

3    way the team has been improving in its

4    performance.

5        MR. SIMMONS:  All right.  But

6    that's -- I mean, do you not have the

7    power to basically force an owner to

8    sell?

9        MR. STERN:  I don't have the power

10   to basically force the owner -- an owner

11   to sell.  The other owners have that

12   power if they choose to exercise it, but

13   it's not something that's exercised on

14   the basis of an opinion of whether

15   something is being undermarketed or

16   underappreciated.

17       MR. SIMMONS:  All right, because

18   that's a franchise that, you know, should

19   be raking it in, and now they might

20   because Blake's there.

21       MR. STERN:  It actually will be

22   raking it in, I assure you.

23       MR. SIMMONS:  Okay.  All right,

24   so -- all right, at least I feel like

25   you're thinking about this stuff.  I'm

Page 58

1       still really worried.

2           MR. STERN:  Little -- I'm thinking

3       about little else in addition to how to

4       make more money, which you think I'm not

5       thinking about.

6           MR. SIMMONS:  I -- listen, I think

7       you should have a tournament for the

8       eighth seat (ph.); I've written about

9       that.

10          MR. STERN:  I know, I know.

11          MR. SIMMONS:  I think you should

12      have sponsored jerseys.

13          MR. STERN:  I -- listen, I read it.

14          MR. SIMMONS:  I think there's things

15      you can do to make a little more cash.

16          MR. STERN:  I -- I hung it up on my

17      bathroom mirror so I could see it in the

18      morning and see it in the evening --

19          MR. SIMMONS:  Okay, good.

20          MR. STERN:  -- and be reminded of

21      your perspicacious --

22          MR. SIMMONS:  Whoa --

23          MR. STERN:  -- insight.

24          MR. SIMMONS:  -- nice word.  So walk

25      me through the next two months, and then

```
 1          I'll let you go.  I mean, is this just
 2      going to be staring match until October?
 3              MR. STERN:  I -- I don't think so.
 4      I think small group meetings, and then it
 5      gets to be September -- end of August,
 6      September.  And we then say, listen guys,
 7      we've got to sit down and decide upon a
 8      date when the exhibition season is not
 9      going to be possible to hold.  And we're
10      all going to understand that when we lose
11      that, that's when the NBA's offer is
12      likely to change because there are going
13      to be economic consequences that we're
14      sort of tiptoeing through right now.  I
15      mean, we know, for example, that our
16      licensees are cutting back, stores are
17      cutting back on their shipments, time on
18      television isn't being sold, and fans
19      haven't asked for their money back yet.
20      But as we start to move to the season,
21      and that movement isn't occurring, then
22      those things are going to be permanent
23      and start biting.  And then the owners
24      are going to have to reassess the
25      economics of their current offer, which
```

1    is to keep the players as close to where

2    they are as possible because once those

3    things begin to bite and the losses

4    start, then, you know, it's going to be

5    really ugly from an economic perspective

6    for the players because it's going to be

7    ugly from an economic perspective for the

8    teams.

9         So I see, you know, sort of, if

10   we're not, you know, if Labor Day comes

11   and goes without us huddled in, ready to

12   kiss off our Labor Day weekend to make

13   this deal, then we may be headed to a bad

14   place.

15         MR. SIMMONS:  There's --

16         MR. STERN:  But I think there's

17   still plenty of time to get the deal

18   done, have the exhibition season start on

19   time.  But it requires, you know, I read

20   someplace that Billy's going to do a

21   series of regional meetings with the

22   players, and I think that's a terrific

23   idea if he's going to be telling them,

24   you know, what our offer is, what the

25   state of the economics is, and how we're

Page 61

```
1        trying hard to keep the players as close
2        to their current compensation as
3        possible.
4            MR. SIMMONS:  There's a feeling out
5        there that you guys have already given up
6        November, December.  Like you have --
7            MR. STERN:  Oh, gosh, no.
8            MR. SIMMONS:  -- owners trying to
9        get concert dates and things like that.
10           MR. STERN:  That's -- that's
11       ridiculous.  Because --
12           MR. SIMMONS:  I don't think it's
13       ridiculous.
14           MR. STERN:  -- I'm aware of the fact
15       that if we start losing games, and our
16       offer gets worse, the prospects for the
17       loss of the season increase, and that's
18       one thing that I'm going to run scared
19       on, and I assume Billy's going to do the
20       same thing.  Because why would you, if
21       you're a player, want to give up two
22       billion dollars of compensation?  I just
23       don't get it.
24           MR. SIMMONS:  Well, the writers in
25       Hollywood would agree with you.  They
```

Page 62

```
 1          gave up seven months of salaries and
 2          ended up with a worse system than they
 3          had.
 4               MR. STERN:  No, that's right.  And
 5          so -- and so when I see this -- and I do
 6          consider myself to be working for the
 7          players.  They get more than the owners
 8          do from every dollar I help raise.
 9               MR. SIMMONS:  Yeah.
10               MR. STERN:  The owners get nothing
11          and the players get fifty-seven percent.
12          And so if I'm a player -- so now we are
13          giving them, now, from the make good on
14          the escrow, the extra money to get them
15          to fifty-seven percent, the licensing
16          money, they're being paid on twelve
17          months basis, some are getting checks.
18          So they're fortified with dollars so they
19          have it, so that's -- I would love to see
20          them thinking, okay, and then I'll --
21          rather than spend it and then start
22          losing my salary because we have no
23          season, and then looking at a reduced
24          deal yet, it doesn't make any sense from
25          a player perspective.  And that's what I
```

1      tell Billy, that's what I tell Derek,

2      that's what I tell their economists,

3      but -- and that's what we tell the

4      players.  And hopefully, they'll come to

5      understand that.

6           MR. SIMMONS:  Fifty-fifty split,

7      four year contracts or less.  I think

8      we're two-thirds of the way here.  Last

9      question.  What's the latest the 2012

10     season can start?  Like, what -- is there

11     a date that you look at and you go we

12     can't go past that specific date and

13     still have a season?

14          MR. STERN:  You know what, if I told

15     you that, you would say it was more of my

16     lack of creativity.  So I'm not going to

17     answer that question --

18          MR. SIMMONS:  Well, that's kind

19     of --

20          MR. STERN:  -- other than to say

21     from my perspective, anything other than

22     starting on opening day, November 1, is a

23     big loss for everybody --

24          MR. SIMMONS:  Could we go to --

25          MR. STERN:  -- because then we're

Page 64

1    really playing with long sticks of

2    matches.

3           MR. SIMMONS:  Well, in '99, it went

4    all the way into February.

5           MR. STERN:  Yes, it did.  We settled

6    on January -- we had a handshake on or

7    about January 5th, but even then, it took

8    us to -- to get the deal reduced to

9    writing, to you know, get to training

10   camp, to do that, it didn't start until

11   the beginning of February.

12          MR. SIMMONS:  And that's --

13          MR. STERN:  But I'll tell you what.

14   If the sides dig in, I fear that, you

15   know, the owners are going to have to

16   make it up someplace, and it's going to

17   come from a reduced offer.

18          MR. SIMMONS:  Yeah.

19          MR. STERN:  And then that reduced

20   offer makes it less likely to, you know,

21   to make a deal, and then the -- and then

22   the season is at risk.  And it always

23   upsets me when I hear a player say, well,

24   I know we're preparing for the loss of a

25   season.  And then what?  What's your Plan

1    B?  My Plan A and B is to keep your

2    salary and compensation as close as

3    possible to what it is now and to, you

4    know, come up with a system where any

5    player that comes into it is going to be

6    coming into the most high paying system

7    in the world and -- and our sport

8    continues to grow.

9         MR. SIMMONS:  Well, for you

10   personally, I would say you have as much

11   at stake as anybody because, you know, I

12   don't see you doing this fifteen years

13   from now.

14        MR. STERN:  Really?

15        MR. SIMMONS:  This could end up

16   being the last big deal you do.  Yeah,

17   that's --

18        MR. STERN:  By the way, I agree with

19   you.  This is my last collective

20   bargaining agreement.  But frankly, when

21   I leave, I'd like to be sure that the

22   system is one that new owners and

23   existing owners will continue to invest

24   in because what is too often lost is that

25   it's the owner who are taking all of the

Page 66

```
 1          risk.  Okay?  And the sales of our
 2          franchises in recent years and months
 3          demonstrate that we're heading downward
 4          in franchise valuation in a significant
 5          way.  And although there are new owners
 6          ready to buy at that low price, we need
 7          to find a way to incentivize them to
 8          invest in new buildings, to invest in
 9          television productions, to invest in the
10          kind of staff that they need to make this
11          work, and to invest in salaries for the
12          players.
13              MR. SIMMONS:  Right.
14              MR. STERN:  So I consider my goal
15          here and what all players should want to
16          be very much aligned.
17              MR. SIMMONS:  Well, I'm very scared
18          because I think this would have been a
19          really important season for the league,
20          and you have the Olympics coming up, and
21          you could argue that this would have been
22          one of the better ten-month stretches the
23          league has ever had.
24              MR. STERN:  It is going to be.
25              MR. SIMMONS:  Okay.
```

1          MR. STERN:  We're going to get it

2     done somehow.

3          MR. SIMMONS:  All right.

4          MR. STERN:  Okay?  So -- and when

5     you have players talk to you and they say

6     that the league hasn't given them their

7     audited financials, I'm depending on you

8     to say yes, they have.  And when a player

9     says we --

10          MR. SIMMONS:  Yes, I should have --

11          MR. STERN:  And when a player says

12     we need revenue sharing, I'm depending

13     upon you to say you can't revenue share

14     your way out of a loss.  You need profit

15     to revenue share, and then it's fair to

16     ask the Lakers and the Knicks and the

17     Bulls and Chicago, indeed even the

18     Clippers to share revenue with teams that

19     don't have the same capacity.

20          MR. SIMMONS:  It's a very fair

21     point.

22          MR. STERN:  You'll see.  You know,

23     we're going to make this happen somehow,

24     and I think it's important that people

25     like you help us do it.

Page 68

1          MR. SIMMONS:  I'm rooting for you.
2     I hope you continue to think creatively.
3     I'm here if you need me.  David Stern,
4     good luck figuring this out.
5          MR. STERN:  Thank you very much.
6          MR. SIMMONS:  All right, that was
7     certainly more time than we thought we
8     were getting.  That was pretty
9     interesting.  I thought the contraction
10    part that he basically admitted that
11    they're talking about was the most
12    interesting thing on there from that
13    podcast.
14         Check out grantland.com for my new
15    mailbag that I put up today and check out
16    iTunes and ESPN.com's pod center for all
17    the last few B.S. Reports.  We will see
18    you next week.
19         (Closing theme)
20         (End of audio)
21
22
23
24
25

Page 69

1

2                    C E R T I F I C A T I O N

3

4          I, Dena Page, hereby certify that the

5     foregoing is a true and correct transcription,

6     to the best of my ability, of the sound

7     recorded proceedings submitted for

8     transcription.

9

10         I further certify that I am not employed

11    by nor related to any party to this action.

12

13         In witness whereof, I hereby sign this

14    date:

15    August 22, 2011.

16

17    _____

18                         Dena Page

19

20

21

22

23

24

25