UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL BASKETBALL ASSOCIATION, ATLANTA HAWKS, LP, BANNER SEVENTEEN LLC, BOBCATS BASKETBALL, LLC, CHICAGO PROFESSIONAL SPORTS LIMITED PARTNERSHIP, CAVALIERS OPERATING COMPANY, LLC, DALLAS BASKETBALL LIMITED, THE DENVER NUGGETS LIMITED PARTNERSHIP, DETROIT PISTONS BASKETBALL COMPANY, GOLDEN STATE WARRIORS, LLC, ROCKET BALL, LTD., PACERS BASKETBALL LLC, LAC BASKETBALL CLUB, INC., THE LOS ANGELES LAKERS, INC., HOOPS, L.P., MIAMI HEAT LIMITED PARTNERSHIP, MILWAUKEE BUCKS, INC., MINNESOTA TIMBERWOLVES BASKETBALL LIMITED PARTNERSHIP, NEW JERSEY BASKETBALL, LLC, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, MADISON SQUARE GARDEN, L.P., THE PROFESSIONAL BASKETBALL CLUB, LLC, ORLANDO MAGIC, LTD., PHILADELPHIA 76ERS L.P., SUNS LEGACY PARTNERS, L.L.C., TRAIL BLAZERS, INC., SACRAMENTO KINGS LIMITED PARTNERSHIP, LP, SAN ANTONIO SPURS, L.L.C., MAPLE LEAF SPORTS & ENTERTAINMENT LTD., JAZZ BASKETBALL INVESTORS, INC., and WASHINGTON BULLETS, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL BASKETBALL PLAYERS ASSOCIATION, DEREK FISHER, KEYON DOOLING, JAMES JONES, MATT BONNER, MAURICE EVANS, ROGER MASON, JR., CHRIS PAUL, THEO RATLIFF, ETAN THOMAS, AMAR'E STOUDEMIRE, MIKE DUNLEAVY, JAMES FREDETTE, CHARLES JENKINS, and all those similarly situated,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**11 Civ. 5369 (PGG)** |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, that this action be, and it hereby is, dismissed without prejudice and without costs.

Dated: New York, NY
December 9, 2011


Jeffrey A. Mishkin
Anthony J. Dreyer
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
(212) 735-2000 (fax)

Howard L. Ganz
Howard Z. Robbins
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
(212) 969-2900 (fax)

Paul D. Clement (*pro hac vice*)
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, DC 20036
(202) 234-0090
(202) 234-2806 (fax)

Jeffrey L. Kessler
David G. Feher
David L. Greenspan
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
(212) 649-9361 (fax)

Evan Glassman
Alexis Hunter
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1800
New York, NY 10019
(212) 506-3900
(212) 506-3950 (fax)

James F. Hibey (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6407
(202) 429-3902 (fax)

Richard W. Buchanan
NATIONAL BASKETBALL ASSOCIATION
645 Fifth Avenue
New York, NY 10022
(212) 407-8000
(212) 888-7931 (fax)

*Attorneys for Plaintiffs*

Lawrence A. Katz (*pro hac vice*)
Steven D. Wheeless (*pro hac vice*)
STEPTOE & JOHNSON LLP
201 E. Washington Street
Suite 1600
Phoenix, AZ 85004
(602) 257-5211
(602) 257-5299 (fax)

*Attorneys for Defendants*